| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 08, 2016<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN STONE,<br><br>    Defendant. | Case No. 2:16-cr-00038-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRIAN STONE ,

Case No.  2:16-cr-00038-MCE  from custody for the following reasons:

    \_\_\_\_\_    Release on Personal Recognizance

    \_\_\_\_\_    Bail Posted in the Sum of $ _____

     X    Unsecured Appearance Bond $  $50,000

    \_\_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_\_    Appearance Bond with Surety

    \_\_\_\_\_    Corporate Surety Bail Bond

     X    (Other): Report to Pretrial Services at 9:00 A.M. on 4/11/2016

Issued at Sacramento, California on April 08, 2016 at  9:30 p.m.

By: _(signature)_

Magistrate Judge Carolyn K. Delaney