JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
BRIAN STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN STONE,<br><br>　　　　Defendant. | No. CR-S-16-038 MCE<br><br>DEFENDANT'S WAIVER OF APPEARANCE<br><br>Judge: Honorable Morrison C. England, Jr. |

　　　　Pursuant to Fed.R.Crim.P. 43, defendant, BRIAN STONE, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

　　　　Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present.

1

Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

    The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays without his personal appearance.

Dated:  December 7, 2016

                                            /s/  Brian Stone  
                                            BRIAN STONE  
                                            (Original retained by attorney)

    I concur in Brian Stone's decision to waive his presence at future proceedings.

Dated:  December 7, 2016                      Respectfully submitted,

                                            /s/  John R. Manning  
                                            JOHN R. MANNING  
                                            Attorney at Law  
                                            Attorney for Defendant  
                                            BRIAN STONE

    IT IS SO ORDERED.

Dated:  March 22, 2017

                                            MORRISON C. ENGLAND, JR  
                                            UNITED STATES DISTRICT JUDGE