JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
BRIAN STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 038 MCE |
|---|---|
| Plaintiff, | ) WITHDRAWAL OF DECLARATION OF<br>) JOHN R. MANNING (ECF #73). |
| v. | ) Judge:  Hon. Morrison C. England, Jr. |
| JAMAL SHEHADEH, et al., | ) |
| Defendants. | ) |

  Notice is hereby given to the Court and the government that the defendant, BRIAN STONE, hereby withdraws the Declaration of John R. Manning (Docket #73) filed on March 13, 2017.

///

///

///

///

///

1

Pursuant to the court's ruling in response to Jamal Shehadeh's and the government's Request(s) to Seal (ECF' #82 and ECF #83) as articulated in court on March 23, 2017, the Declaration and Exhibits will be filed subsequently with an appropriate Request to Seal.

                                                Respectfully submitted:

Dated: March 23, 2017                 /s/  John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Brian Stone

## ORDER

    IT IS SO ORDERED.

Dated:  March 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE