JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
BRIAN STONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 038 MCE |
|---|---|
| Plaintiff, | ) ORDER TO SEAL DOCUMENTS |
| v. | ) Judge: Hon. Morrison C. England, Jr. |
| JAMAL SHEHADEH, et al., | ) |
| Defendants. | ) |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, Defendant's request to seal the Declaration of John R. Manning and Exhibits A-P is GRANTED until further order of this Court.  It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in its prior sealing order (ECF No. 88), sealing the Declaration of John R. Manning and Exhibits A-P serves a compelling interest.

///

The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its request to seal, the Court finally finds that there are no additional alternatives to sealing that would adequately protect those compelling interests.

IT IS SO ORDERED.

Dated: April 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE