```
1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, #204
   Sacramento, CA 95814
3  (916)444-3994
   jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  BRIAN STONE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16 CR 038 MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| BRIAN STONE, | Date: September 6, 2018 |
| | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | Time: 10:00 a.m. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for July 12, 2018. Counsel for the parties request the date for judgment and sentencing be continued to September 6, 2018 at 10:0 a.m. Assistant U.S. Attorney Michael Anderson has been advised of this request and has no objection. U.S. Probation has also been advised of this request and has no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **9/6/18** |
| Reply, or Statement of Non-Opposition: | 8/30/18 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 8/23/18 |

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 8/16/18 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 8/9/18 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 7/26/18 |

Dated: July 10, 2018                /s/  John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Brian Stone

Dated: July 10, 2018                McGregor W. Scott
                                    United States Attorney

                                    by: /s/  Michael D. Anderson
                                    MICHAEL D. ANDERSON
                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE