Krista Hart

Attorney at Law

State Bar No. 199650

P.O. Box 188794

Sacramento, CA 95818

(916) 498-8398

[kristahartesq@gmail.com](mailto:kristahartesq@gmail.com)

Attorney for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:16-cr-00038-MCE |
|    Plaintiff/Respondent, | |
| v. | ORDER |
| Brian Stone, | |
|    Defendant/Petitioner. | |

Good cause appearing pursuant to the Criminal Justice Act, the Court appoints Krista Hart to represent Brian Stone on the appeal to the Ninth Circuit Court of Appeals. Attorney John Manning is relieved for purposes of the appeal.

IT IS SO ORDERED.

Dated: October 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE