Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Brian Stone

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 2:16-cr-00038-MCE |
| v. | ORDER |
| BRIAN STONE,<br>    Defendant. | |

GOOD CAUSE APPEARING the Court orders the court reporter to prepare the sealed portion of the transcript of the in camera hearing held on February 15, 2018, and to provide a copy to attorney Krista Hart. The Court orders the transcript to otherwise remain sealed unless and until appellant introduces the issue into the appeal.

IT IS SO ORDERED.

Dated: October 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE