KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

Attorney for Defendant Brian Stone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | 2:16-CR-00038-03-MCE |
| vs. | |
| BRIAN STONE, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Karen L. Landau is appointed under the Criminal Justice Act to represent defendant Brian Stone in connection with the preparation and presentation of a motion for reduction in sentence pursuant to the First Step Act and 18 U.S.C. § 3582.

IT IS SO ORDERED.

Dated: April 14, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-