KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
P.O. Box 6935
Moraga, CA 94570-6935

Email: karenlandau@karenlandau.com

Attorney for Defendant Brian Stone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 16-CR-00038-03-MCE |
|---|---|
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE RE RESTITUTION |
| vs. | |
| BRIAN STONE, | |
| Defendant. | |

Pursuant to the parties' stipulation and good cause appearing, the status conference regarding the restitution portion of the judgment only, currently scheduled for December 17, 2020, at 10:00 a.m., is continued to January 14, 2021, at 10:00 a.m. before the Hon. Morrison C. England.

IT IS SO ORDERED.

Dated: December 15, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE