KAREN L. LANDAU, ESQ., C.S.B. 128728
Law Office of Karen L. Landau, P.C.
460 Center St., #6935
Moraga, California 94570-6935

Email: karenlandau@karenlandau.com

Attorney for Defendant Brian Stone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2: 16-cr-00038-3-MCE |
|---|---|
| Plaintiff, | ORDER ON STIPULATION |
| vs. | Date: Jan. 14, 2021<br>Time: 10:00 a.m. |
| BRIAN STONE, | Courtroom: 7 |
| Defendant. | |

Pursuant to the September 21, 2020 Order of the United States Court of Appeals for the Ninth Circuit, remanding this case on the question of restitution and the parties' Stipulation, IT IS HEREBY ORDERED that this Court's prior judgment awarding restitution in the total amount of $243,680.84 is VACATED.  This Court will enter an amended judgment imposing a total restitution award of $155,606.70, to be paid as follows:

$152,593.88 to Century Surety Co., Sacramento, CA 95814;

-1-

1 | $3012.82 to State Farm Ins. Co., Sacramento, CA 95814.

The remainder of the judgment shall be unchanged.

IT IS SO ORDERED.

Dated: February 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE