UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>JAMAL SHEHADEH,<br><br>　　　　Movant. | No.  2:16-cr-0038 KJM CKD P<br><br><br>ORDER |

　　　Movant, a federal prisoner, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  As movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, IT IS HEREBY ORDERED that:

　　　1. Respondent is directed to file an answer within sixty days.  See Rule 4, Rules Governing Section 2255 Proceedings.

　　　2. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

/////

/////

/////

1

1        3. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated: March 1, 2022

                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE

1
sheh0038.206