PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>BRIAN STONE,<br><br>                Defendant. | CASE NO. 2:16-CR-00038-KJM-CKD<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On March 2, 2022 the Government requested an extension of time to March 23, 2022, to file its response or opposition to defendant's second compassionate release motion. Docket No. 477. Good cause appearing, **the Government's request for an extension is granted**. The Government's response is now due March 23, 2022.

IT IS SO ORDERED.

DATED: March 11, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE